IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

EDWARD HARMON,

          Plaintiff,

v.                                CIVIL ACTION NO.  2:11-cv-00334

VIRTUOSO SOURCING GROUP LLC,

          Defendant.

**JUDGMENT ORDER**

    For the reasons set forth in the Court's Memorandum Opinion and Order filed contemporaneously with this Judgment Order, the Court **GRANTS IN PART** Plaintiff's motion for default judgment insofar as it alleges a violation of 15 U.S.C. § 1692d and **DENIES IN PART** the motion insofar as it asserts a violation of 15 U.S.C. § 1692e(10) [Docket 8.]   The Court awards Plaintiff $250 in statutory damages; $2,411 in attorney fees; and $410 in costs against Defendant, for a total of $3,071.  The Court **DISMISSES** this case from the Court's active docket.

    **IT IS SO ORDERED**.

    The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                              ENTER:        September 12, 2012

_____
THOMAS E. JOHNSTON
UNITED STATES DISTRICT JUDGE